# IN THE SUPREME COURT OF THE STATE OF NEVADA

WELTHY SILVA,

            Appellant,

vs.

ROGERIO SILVA,

            Respondent.

No. 73972

**FILED**

OCT 16 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
   DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order establishing temporary custody and denying a motion for an order to show cause regarding contempt. Eighth Judicial District Court, Family Court Division, Clark County; Sandra L. Pomrenze, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties. *See* NRAP 4(a)(1); *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). The order establishes only a temporary custody arrangement and expressly defers a final determination for a

17-35292

forthcoming evidentiary hearing. We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich


cc:     Hon. Sandra L. Pomrenze, District Judge, Family Court Division
        Welthy Silva
        Reza Athari & Associates, PLLC.
        Eighth District Court Clerk